IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Deniece L | Case Number:  05 B 07393 |
| | Judge:  Squires, John H |
| Printed:  7/22/08 | Filed:  3/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 29, 2008
Confirmed: April 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,087.35 | |
| Secured: | | 200.99 |
| Unsecured: | | 10,978.62 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 737.51 |
| Other Funds: | | 1,470.23 |
| Totals: | 16,087.35 | 16,087.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Financial National Bank | Secured | 200.99 | 200.99 |
| 3. | Sir Finance Corporation | Unsecured | 238.00 | 340.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 260.26 | 371.80 |
| 5. | Wells Fargo Financial National Bank | Unsecured | 242.53 | 346.47 |
| 6. | Brother Loan & Finance | Unsecured | 208.22 | 297.45 |
| 7. | Little Company Of Mary Hospital | Unsecured | 900.20 | 1,060.13 |
| 8. | Resurgent Capital Services | Unsecured | 1,178.83 | 1,684.04 |
| 9. | Check N Go | Unsecured | 223.89 | 319.84 |
| 10. | United States Dept Of Education | Unsecured | 3,093.16 | 4,418.80 |
| 11. | Florida Hospital | Unsecured | 705.52 | 0.00 |
| 12. | Capital One | Unsecured | 366.49 | 523.56 |
| 13. | Florida Hospital | Unsecured | 602.00 | 860.00 |
| 14. | Resurgent Capital Services | Unsecured | 529.57 | 756.53 |
| 15. | Advanta Business Cards | Unsecured | | No Claim Filed |
| 16. | Annita John MD | Unsecured | | No Claim Filed |
| 17. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 18. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 19. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 20. | Uptown Cash | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | USA Payday Loans | Unsecured | | No Claim Filed |
| 23. | Great American Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,449.66 | $ 13,879.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Smith, Deniece L

Printed: 7/22/08

Case Number: 05 B 07393
Judge: Squires, John H
Filed: 3/2/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 39.93 |
| 3% | 23.43 |
| 5.5% | 312.49 |
| 5% | 81.59 |
| 4.8% | 145.48 |
| 5.4% | 134.59 |
|  | _____ |
|  | $ 737.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

